AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Zachary Adam Chesser<br><br>Defendant(s) | )<br>)<br>)  Case No. 1:10mj-504<br>)<br>)<br>) |

FILED
JUL 21 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>between Nov 2009 and July 10, 2010</u> in the county of <u>Fairfax</u> in the <u>Eastern</u> District of <u>Virginia</u>, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | providing material support to a designated terrorist organization |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Mary Brandt Kinder, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/21/2010

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
Judge's signature

City and state: Alexandria, Virginia

Theresa Carroll Buchanan, U.S. Magistrate Judge
Printed name and title