TYPE OF HEARING **Rule 5**
CASE NO# **10MJ504**
MAGISTRATE JUDGE: **THERESA CARROLL Buchanan**
DATE: **7/22/10**
TIME: **10:00**
Tape: FTR RECORDER
DEPUTY CLERK: **DIANNE HOOKS**

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**Zachary Chesser**

GOVT. ATTY **Gordon Kromberg**

DEFT'S ATTY. _____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ✓
COURT TO APPOINT COUNSEL ✓

**DEFT APPEARED W/O ATTY. DEFT REMANDED TO THE CUSTODY OF THE USMS**

PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )
BOND

NEXT COURT APPEARANCE **PH/DH** TIME **2:30**
RECORDER
INDEX#         SPEAKER           RECORDER
                                 INDEX#           SPEAKER